# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARGARET BACH,**

    Plaintiff,

-vs-                        Case No. 13-C-734

**UNITED STATES OF AMERICA,**

    Defendant.

## DECISION AND ORDER

      Margaret Bach requests leave to proceed *in forma pauperis* on her claim that she is entitled to a tax refund and that the IRS issued an unlawful tax levy against her. Magistrate Judge Nancy Joseph recently denied Bach's request to proceed IFP in a separate lawsuit. *Bach v. Milwaukee County*, Case No. 13-C-370, April 30, 2013 Order on Plaintiff's Motion to Proceed *In Forma Pauperis*, ECF No. 22. Bach now states that she is unemployed, and that the value in her early distribution pension has been whittled down from $31,542 to approximately $9,000. However, the Court agrees with Judge Joseph's overarching observation that some of Ms. Bach's monthly expenses do not appear to be consistent with indigency. *Id.* at 4. Therefore, Bach's motion is and will be denied. 28 U.S.C. § 1915(a)(1).

      Bach's motion to proceed IFP [ECF No. 2] is **DENIED**. Bach must pay the $400 filing fee within **thirty (30)** days of the date of this Order, or this matter will be dismissed for want of prosecution.

Dated at Milwaukee, Wisconsin, this 1st day of July, 2013.

                                        **BY THE COURT:**

                                        _____
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**